RUDOLPH C. DALZELL, Respondent, *v.* THE LONG ISLAND RAILROAD COMPANY, Appellant.

Where, upon inspection of the record filed in this court, in an action tried by a jury, it appears that the case presents no question of law that can be reviewed, the appeal will be dismissed on motion.

(Argued January 13, 1890; decided January 21, 1890.)

MOTION to dismiss appeal from judgment of the General Term of the Supreme Court in the second judicial department, which affirmed a judgment in favor of plaintiff entered upon a verdict.

The following is the *mem.* of opinion.

"The plaintiff brought this action to recover damages for personal injuries sustained by reason of defendant's negligence on the 27th day of December, 1887, while he was being carried over defendant's road as a passenger.

"That the plaintiff sustained some injury for which the defendant is liable to respond in damages to some amount.

is not denied, but, on the contrary, was admitted by defendant's counsel at the trial.

"The only question actually litigated was in regard to the character and extent of the injury, and the amount of damages the plaintiff ought to recover.

"The jury rendered a verdict for the plaintiff for $10,000. A motion for a new trial was denied at the circuit, and the judgment has been affirmed by the General Term in the second department, and the defendant has appealed to this court.

"We have looked into the record and find that no exception was taken at the trial. It is certainly clear that no questions for review are here presented. When upon an inspection of the record, filed in this court, it appears that the case does not present any question of law that can be reviewed, the appeal ought to be dismissed.

"The appeal in this case should be dismissed, with costs."

*William W. MacFarland* for motion.

*E. B. Hinsdale* opposed.

O'BRIEN, J. reads *mem.* for granting motion.
All concur.
Appeal dismissed.